IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DENNIS JAMES SMITH, SR., et al                                                                                    PLAINTIFFS
ADC #120631

V.                                                 5:08CV00086-WRW

ARKANSAS DEPARTMENT OF                                                                                      DEFENDANTS
CORRECTION, et al

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this case in its entirety, without prejudice. All pending motions are denied as moot.

IT IS SO ORDERED this 24th day of June, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE