IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DENNIS JAMES SMITH, SR., et al                                                                PLAINTIFFS
ADC #120631

V.                                            5:08CV00086-WRW

ARKANSAS DEPARTMENT OF                                                                       DEFENDANTS
CORRECTION, et al

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiffs' complaint in its entirety, without prejudice.

IT IS SO ORDERED this 24th day of June, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE